IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Autodesk Canada Co., | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-587-SLR-LPS |
| Assimilate, Inc., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **29th** day of **September, 2009:**

Having today issued a Report and Recommendation regarding the pending motion (D.I. 8),

**IT IS HEREBY ORDERED** that the oral argument scheduled for October 21, 2009 is **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE